147 P.3d 74

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Shivaraman .............................. 27594    11/06/2006    Affirmed

AHI Harbor Ltd. Partnership ex rel. CB Richard Ellis
   Hawaii, Inc. v. Fuchs ........................... 27191    11/30/2006    Vacated &
                                                              remanded